## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dires, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Select Comfort Corporation,<br><br>        Defendant. | Court File No.<br><br><br>**COMPLAINT FOR DECLARATORY JUDGMENT OF INVALIDITY AND CANCELLATION OF REGISTERED TRADEMARKS**<br>**(Jury trial demanded)** |

Plaintiff Dires, LLC ("Dires"), by and for its Complaint against Defendant Select Comfort Corporation ("Select Comfort"), states and alleges as follows:

### INTRODUCTION

1.    This is an action for declaratory judgment that Select Comfort's registered sleep number trademarks are invalid and requesting that the registrations for said trademarks be cancelled. This action arises under the Lanham Act, 15 US.C. § 1051, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

### RELATED CASE

2.    This case is related to Select Comfort Corp. et al. v. Baxter, et al., No. 12-cv-2899 (DWF/SER) (D. Minn.).

### PARTIES

3.    Plaintiff Dires, LLC is a Delaware limited liability company with its principal place of business in Orlando, Florida.

4.     The named Plaintiff is currently a named Defendant in an action alleging trademark infringement, trademark dilution and unfair competition under the Lanham Act, Court file number 12-cv-2899 (DWF/SER) in the United States District Court for the District of Minnesota.

5.     Defendant Select Comfort Corporation ("Select Comfort") is a Minnesota corporation with its principal place of business in Plymouth, Minnesota. Select Comfort is a Plaintiff in the above-referenced action.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over the action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

7.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) in that Defendant Select Comfort has initiated litigation against Plaintiff in this jurisdiction, which litigation is currently pending in this Court.

## BACKGROUND FACTS

8.     The phrase "Sleep Number" which is the subject of this action for cancellation of Registration Numbers 2,753,633; 2,618,999; and 2,641,045 is generic. The phrase was coined on or around 1997 by Defendant to signify a specific functional feature of its adjustable air beds, namely the firmness setting of the bed expressed as a number between 0 and 100 displayed on a remote control.

9.     On or about February 19, 1997, Select Comfort filed Trademark Application, Serial Number 75244351 seeking registration of the phrase "Everyone Has a Sleep Number. Find Yours." This application was filed  the intent to use provision, 15

U.S.C. § 1051(b). The application never matured into registration and was abandoned on September 4, 1998.

10.    On February 19, 1997, Select Comfort filed a Trademark Application, Serial Number 75244351 seeking registration of the phrase "sleep number" for air mattresses, air pillows, blankets and chairs for medical use and purposes. Select Comfort filed this Application under the intent to use provision of 15 U.S.C. § 1051(b), affirmatively  representing  it had not yet then used the phrase in commerce. This application never matured into a registration and was abandoned on September 4, 1998.

11.    On or about February 25, 1997, Select Comfort filed a Trademark Application, Serial Number 75247611 seeking registration of the phrase "Sleep Number" for air and inflatable mattresses, not for medical use. This trademark application was filed under 15 U.S.C. § 1051(a) and asserted a first use in commerce of January 31, 1997. The United States Patent and Trademark Office denied placement of the mark of the principal register because "as shown by the specimens of record, the mark identifies a number input into a digital control, which adjusts mattresses automatically to a preset preference. This preference is recorded by the number identified by the mark. The proposed mark does not serve to identify the particular goods of the applicant, rather it is used to identify a particular numeric scale and hence performs a purely informational, and non-source indicating, function." In response, Select Comfort amended its application to seek placement of the mark on the supplemental register, which occurred on April 7, 1998.

12.    On or about March 5, 1997, Select Comfort filed a Trademark Application, Serial Number 75252132 seeking registration of the phrase "Everyone Has a Sleep

Number, Find Yours" for air and inflatable mattresses, beds, bunk beds, waterbeds, bed frames, cribs, and cradles. Select Comfort filed this application under the intent to use provision of 15 U.S.C. § 1051(b). This trademark never matured into a registration and was abandoned on August 18, 1998.

13.    In June 1997, Select Comfort introduced the phrase "sleep number" to the American public. Rather than use the phrase as a trademark, however, Select Comfort used it to identify a specific product feature of its Select Comfort branded adjustable air beds.

14.    In the June 27, 1997, edition of the Albuquerque Journal newspaper, Select Comfort ran this first advertisement touting the sleep number:

> **Everyone has a Sleep Number. Find yours. ™**
> Even though you may not know it, you have a Sleep Number. Everyone does. Your Sleep Number is as personal and as individual as you are. Your Sleep Number is the precise combination of firmness comfort and support you need for a wonderful refreshing night's sleep. And you can find your Sleep Number only on a Select Comfort bed.
>
> … With the touch of a button you can make your Select Comfort bed softer or firmer. You can set your Sleep Number anywhere from 0 – 100. You can change your Sleep Number anytime, on either side of the bed so even if two people have very different Sleep Numbers they can both sleep comfortably in the same bed – maybe for the first time in their lives.

The full advertisement is depicted below:



15.    Select Comfort ran this advertisement in the July 3, 1997, July 17, 1997, July 25, 1997, July 31, 1997, and August 7, 1997 editions of the Albuquerque Journal newspaper. Upon information and belief, Select Comfort caused this advertisement to be published in other newspapers and periodicals at or near the same time.

16.    In August 1997, Select Comfort ran a second iteration advertisement touting the Sleep Number feature of its Select Comfort beds. This advertisement, published in the August 15 and August 21, editions of the Albuquerque Journal newspaper, also contained the generic usage of the phrase sleep number:

> The Select Comfort Adjustable Firmness Airbed is unlike anything you've ever slept on before. At the touch of a button, this revolutionary bed can be softer than a feather bed, firmer than the firmest mattress you've ever tried, or anything in between. And both sides adjust independently, so two people can get a wonderful relaxing night sleep in the same bed.

> The secret to a better night's sleep is finding your Sleep Number. Your Sleep Number is a precise setting between 0 and 100 that provides the exact level of firmness support and comfort that's perfect for you. So you can get a comfortable relaxing wonderful night's sleep even if you've had trouble in the past. Change your Sleep Number anytime with the touch of a button. It's as individual as you are.

This ad provided a visual depiction of a Sleep Number which is reproduced below:



This advertisement was also published in the Arizona Republic newspaper in

September, 1997

17.    In October, 1997 Select Comfort issued a third iteration to the

advertisements introducing the American public to the phrase "sleep number":



18.    These advertisements were published in several editions of the Arizona

Republic newspaper in or around October, 1997.

19.    In an interview that appeared in the June 24, 2002, edition of the St. Louis

Post Dispatch Bill McLaughlin, Select Comfort's CEO described this introduction of the

"sleep number" to the American public and what it was intended and did communicate to

that public:

> McLaughlin made a difference one Saturday morning as he chatted with a
> young marketing associate about his frustration at communicating product
> benefits to consumers: "we needed a paragraph to explain **what** we had".
> The associate said, "you should see the ad campaign from 1997" and that's
> when the two rummaged through a closet to find an old test commercial,
> the one with a "Sleep Number". Company leadership had changed the ad

> drowned in a "tub of not invented here" the agency got dumped Mchaughlin unafraid of going back to the future revived the old campaign. Now when you go into the store, the sales person greets you with, "hi, I'm Bill and I'm a 35." Soon you're on the bed finding your own Sleep Number.

Thus, as described by Select Comfort's CEO, the 1997 print advertisements and television commercials communicated to the American public that a Sleep Number was a thing; a what; a functional product feature.

20.    On September 3, 1998, Select Comfort corporation filed its first SEC filing, a form S1 Registration Statement under the Securities Act of 1933. In that prospectus Select Comfort described its company, its brand, and the concept of Sleep Number as follows:

> The company offers its air beds exclusively under the Select Comfort brand through 230 Select Comfort retail stores and leased departments…

> ***

> The Company's imperial and Ultra Series of air beds feature a wireless remote control with a digital display of the user's "Sleep Number", which reflects the level of firmness and allows the customer to more easily adjust and readjust the firmness level to the customer's ideal Sleep Number based on personal preference.

> ***

> Like the Ultra Series, the Imperial comes with a new "whisper quiet" FCS with a single wireless, ergonomically designed, hand control with a lighted digital display of each user's Sleep Number.

21.    On September 5, 2000, Select Comfort filed a Trademark Application Serial Number 76122213 to register the phrase "Sleep Number" for beds, mattresses, and pillows. This application was originally filed under the intent to use provision of 15 U.S.C. § 1051(b), but was later amended to reflect a date of first use in commerce of

May 29, 2002. The U.S. Patent and Trademark Office denied placement of the mark on

the principal register, but later allowed registration based upon a claim of acquired

distinctiveness. In the application, Select Comfort's General Counsel Mark Kimball

admitted Select Comfort had "coined the phrase sleep number to refer to (the firmness)

setting."

22.     In an article in the January 29, 2001, edition of Brand Week, Select

Comfort described its new marketing initiative focusing on the "Sleep Number" concept.

The article described a new "fully integrated" marketing campaign by Select Comfort:



Positioning

## Select Comfort: $14M for #'s

**By Sandra Dolbow**

Select Comfort is rolling out a $14 million fully integrated, multimedia campaign to reposition the bed manufacturer under a new Sleep Number rating system that will carry through its entire product line and retail stores.

The effort, its largest yet, includes TV, radio and print, as well as a new logo, POP and Sleep Number retail stores. Messner Vetere Berger McNamee Schmetterer, New York, handles.

Previous efforts by the Minneapolis-based Sleep Comfort centered primarily on infomercials. "The message was focused on back pain," said Diane Utzman-O'Neill, vp-brand management. "Now, we're emphasizing the quality of sleep."

Sleep Number is a number between zero and 100 that represents the ideal combination of mattress comfort, firmness and support for each individual on a Sleep Number bed, which can be adjusted via a handheld remote.

The year-long effort debuts next week with "My Number," the first of five 30-second TV spots, which introduces the Sleep Number concept as "key to a perfect night's sleep" and available only at Sleep Number stores. ∎

23.     This article bears contemporary witness to how Select Comfort presented

the Sleep Number concept – or, as the article puts it, the "new Sleep Number rating

system" – to consumers. As stated in the article, the Sleep Number concept will "carry through" Select Comfort's entire product line and retail stores.  According to the article, Sleep Number is "a number between 0 and 100" that represents the ideal combination of mattress comfort, firmness and support for each individual on a Sleep Number bed, which can be adjusted by a hand held remote. In other words, a "Sleep Number" was a desirable product feature. That feature was at the heart of the marketing strategy that Select Comfort launched in 2001.

24.    Similarly, in a November 18, 2002 article in Ad Week Select Comfort persisted in advertising Sleep Number as a number key product feature.

# Supporting Rest for the Weary
## $50 Mil. MVBMS Effort Touts Select Comfort for 'Sleep Problems'

By David Kaplan

NEW YORK—Select Comfort is increasing its ad spending by a third to highlight "sleep problems" in an estimated $50 million campaign that breaks on Nov. 22.

Five new spots created by Euro RSCG MVBMS Partners in New York for the Minneapolis-based mattress marketer comically pinpoint and solve specific problems, such as that of a pregnant woman who's sleeping for three—herself, the child she's carrying and her overweight husband.

Another spot features a man with a bad back, who thinks the only remedy would be a barefoot masseuse walking all over him, until he gets a Select Comfort mattress. In the end, his wife offers her large foot to massage his back, at which point he decides to stick with Select Comfort.

The advertiser's new effort continues to tout its "sleep number," a remote-control with settings between 0 and 100 that regulate firmness for either side of a bed. The tagline is, "Holds the key to a perfect night's sleep."

Select Comfort's last campaign, backed by about $35 million in spending, featured pillow talk from happy couples about how each partner prefers a different sleep number.



Back-pain sufferer: passing up a massage from his wife in favor of the mattress

"The key has been to play up the sleep number," a concept MVBMS first developed for the client in 1997, said Phil Silvestri, partner and creative director.

The shift to showing how the sleep number solves problems came about because of concerns that the concept

might be viewed as a gimmick, said Noel Schenker, client svp for marketing. That issue is dealt with head-on in one of the new commercials, "Rant," in which a goateed man sitting up in bed at night vents about how sick he is of hearing about everyone's sleep number, while contentedly rhapsodizing about his own until his wife orders him to go to sleep.

"The humor in the spots has more than balanced out any fears," Schenker said.

The work will run in 20 markets mainly on prime-time network television. Cable is also part of the mix.

Competitors such as Sealy and Serta, the Nos. 1 and 2 brands in industry sales, respectively, sell through thousands of shops in North America. Select Comfort is relatively small, with fewer than 350 retail stores in 46 states. The company has sought to address its market position through advertising: Sealy and Serta each spend about $20 million annually on ads, according to CMR. ▣

25.     The article states that Select Comfort "continues to tout it's "Sleep Number", a remote control with settings between 0 and 100 that regulates firmness for either side of the bed." The article quotes an advertising executive working on Select Comfort's ad campaign as stating that "the key has been to play up the Sleep Number." The new campaign, which the article estimates will cost about $50 million, will "show how the Sleep Number solves problems." Select Comfort's previous campaign, which cost about $35 million, featured pillow talk from happy couples about how each partner prefers a different Sleep Number.

26.     Select Comfort spent $85 million over three years on fully integrated advertising campaigns to explain to consumers that sleep number is a desirable product feature that increases sleep comfort and solves sleep problems – in other words, that Sleep Number is a generic name.

27.     From the moment Select Comfort introduced "sleep number" to the American public in 1997. Select Comfort consistently, uniformly, and ubiquitously used the phrase "Sleep Number" to describe a product feature. From 1997 on Select Comfort told the American public that  Sleep Number was a thing, specifically "a number between 0 and 100 that represents the ideal combination of mattress comfort, firmness and support for each individual on a Select Comfort bed." It is unclear whether Select Comfort's 1997 introduction of the phrase "sleep number" to designate the firmness setting of its air mattresses was directed to a limited or a national audience. But whether Select Comfort utilized sleep number continuously from 1997 until its massive marketing re-launch in 2001, or whether Select Comfort discontinued use of sleep number between 1997 and

2001, Select Comfort's use of the phrase as generic was continuous, and uninterrupted. "Sleep number" was generic at birth and it has continued to have generic meaning in the minds of the public to the present.

28.    From 2001 Select Comfort published hundreds of thousands of print advertisements all utilizing the phrase "sleep number" to signify the firmness setting of Select Comfort's adjustable air mattresses.  Such ads appeared in widely circulated newspapers and magazines including, but not limited to Arthritis Today, American Legion magazine, Family Circle, Better Homes and Gardens, Cooking Light, Family Handyman, Newsweek, Family Circle, Popular Mechanics, Popular Science, Women's Day, Country Home, Midwest Living, The New York Times, The Arizona Republic, The Albuquerque Journal, and myriad other newspapers and magazines.

29.    Select Comfort reinforced this ubiquitous generic message when it adopted the phrase "Everybody has a Sleep Number. What's yours?", communicating once again that a sleep number is a thing – a number that represents the ideal combination of firmness, comfort, and support on a Select Comfort bed. For example, in the March, 2001 edition of Family Handyman magazine Select Comfort's advertisement explains that a Sleep Number is a desirable product feature: "Over one million people have discovered a number that's changed their lives… it's called a Sleep Number… this firmness setting is your personal Sleep Number. Once you find yours you'll have the key to a perfect night's sleep." The ad thus identifies Sleep Number as an important product feature and further identifies Sleep Number beds as the products that have this feature. Further, Select

Comfort is identified in the ad as the source of Sleep Number® beds. This use of Sleep

Number is quintessentially generic. A copy of the entire ad is depicted below:



30.     Similarly, advertisements appearing in American Legion magazine during the period of 2005 – 2007 contain similar generic references to the phrase "Sleep Number":



The ad identifies a Sleep Number as the firmness setting on the bed: "you can adjust the comfort and firmness to your exact preference – your Sleep Number. Once you find your Sleep Number you can fall asleep faster, enjoy deeper sleep and wake up more refreshed."

31.     Similarly in the New York Times, Select Comfort communicated to the American public that a Sleep Number is a product feature and a personal preference in both the heading and text of the advertisement. For instance, the individual featured in the

particular ads, Lindsay Wagner, is identified as having a Sleep Number of 35. In publication after publication, in advertisement after advertisement, Select Comfort identified Sleep Number as the individual firmness setting of the bed.

32.     Select Comfort reinforced its message that Sleep Number is a thing through ubiquitous use of numerals and the tagline "my Sleep Number is  <_____>."

33.     Similarly, Select Comfort's TV, video, and radio campaigns reinforced the message that Sleep Number is a comfort setting, a desirable product feature.

34.     Select Comfort maintains a YouTube channel, one segment of which is devoted to its commercials. In these commercials Select Comfort presents Sleep Number to consumers as a feature of its beds, namely, user specific numbers that improve sleep (and aid with other health issues) by regulating the firmness of its mattresses. In fact, Select Comfort's television advertising shows that Sleep Number is Select Comfort's key marketing proposition for its bed. A fact that is relentlessly driven home by Select Comfort.

35.     For example, in a 2007 infomercial with Lindsay Wagner, Select Comfort's spokesperson repeatedly refers to Sleep Number as a product feature and Sleep Number bed as the product that has that feature:

> … you know, another thing that I discovered was everyone has a sleep number. I'm a 35. What's a sleep number, you say, in the next half hour, you're gonna find out. We're gonna tell you how to find your own personal sleep number.

> …now my sleep number is 65, and Tom's is 30. A sleep number is a setting between 0 and 100 that represents the ideal combination of mattress comfort, firmness, and support for your body, giving you the best night's sleep possible. 100 is the firmest, and 0 is the softest.

… with this quiet firmness control system that tucks neatly under the bed and allows you to adjust the amount of air within the chamber until you're perfectly comfortable. The digital readout is your sleep number. … in fact 9 out of 10 couples have different sleep numbers.

36.     In its Great Dane commercial (2007), Select Comfort features a man and his great dane with the initial voiceover stating "my sleep number is 90."  The man's great dane is facetiously depicted as preferring a sleep number of 15. The commercial ends with the voiceover stating "a sleep number is the key to a perfect night's sleep. The sleep number bed by Select Comfort." In so doing, the commercial explains to consumers that a sleep number is a product feature that helps improve sleep. In commercial after commercial, Select Comfort explained that everyone has a sleep number and that every persons' sleep number is their individual ideal firmness setting, which is in turn the key to a good night's sleep.

37.     Select Comfort reinforced its generic message that sleep number is a product feature, an actual number representing the ideal firmness setting tailored to each individual in its radio advertising. For example, spokesperson Rush Limbaugh, in radio spots that aired in 2001 stated:

> But I, El Rushbo have found the answer –the sleep number bed by Select Comfort. With the revolutionary air chamber design of the sleep number bed, you control the firmness on each side of the bed with an easy to use hand-control –Set it to your sleep number and your bed will be as soft or as firm as you want.

38.    Select Comfort reinforced this same message through its website as it appeared on the internet from 2001 on. In 2001, Select Comfort first used Sleep Number® on its website in the following manner:

### Finding Your Sleep Number is the Key to a Perfect Night's Sleep

Find Your Sleep Number What's keeping you awake? Stress? Worry? Back pain? Injuries? A bad mattress? You know the statistics. More than 100 million Americans suffer from sleep deprivation. And you're probably among them.

But you needn't suffer sleepless nights anymore. Simply adjust one of our state-of-the-art beds to your individual comfort level and discover your personal SLEEP NUMBER®-because finding your Sleep Number today will change your life forever.

**What is a Sleep Number?**
A Sleep Number can only be found on The Sleep Number bed by SELECT COMFORT™. It is a setting between zero and 100 that represents the ideal combination of mattress comfort, firmness and support for your body, giving you the best night's sleep possible.

**How do I find my Sleep Number?**
Finding your Sleep Number is easy and fun. Just lay down on a Sleep Number bed and use the hand-held remote to electronically adjust the amount of air within the bed's patented air chamber, until your body feels perfectly cushioned and supported. When you have found your ideal comfort level, the number shown on the digital display is your Sleep Number. We can help you find your Sleep Number at any of our over 300 stores nationwide.

"For years my husband & I compromised on mattresses. But our Sleep Number bed is a custom bed for each of us. He's a 70 and I'm a 25... and that's not our ages."
-Diane, Sleep Number 25

**How is the Sleep Number bed different from a traditional mattress?**
Unlike traditional mattresses which are made from metal coils and springs, The Sleep Number bed by Select Comfort uses uniquely designed air chambers to provide a gentle cushion of support which can be easily adjusted to your personal preference for comfort and firmness. In addition, the Sleep Number bed allows couples to individually adjust each side of the bed to the precise comfort level each partner prefers.

You can only find your Sleep Number on a Sleep Number bed by Select Comfort.
To locate a Select Comfort store, or The Sleep Number Store by Select Comfort℠, near you click here.
We can help you choose the bed that is right for you, call us at 1-888-250-4097.

39.    This webpage explains what a Sleep Number is and what benefits it brings. A Sleep Number is a "setting between zero and 100 that represents the ideal combination of mattress comfort, firmness, and support for your body giving you the best night's sleep for your body. Finding one's Sleep Number is not only the "key to a perfect night's sleep" it is also "easy and fun." The webpage gives step by step instructions: "Just lay down on a Sleep Number® bed and use the hand held remote to electronically adjust the

amount of air within the bed's patented air chamber until your body feels perfectly cushioned and supported. **When you have found your ideal comfort level, the number shown on the digital display is your Sleep Number®."** The webpage also tells customers that "you can only find your Sleep Number® on a Sleep Number® bed by Select Comfort." This sentence is important for it draws the distinction between the functional product feature – the Sleep Number® – and the source of products that have that feature – Select Comfort. Select Comfort is the trademark: Sleep Number is the name of the product feature; a Sleep Number bed is the name of the product with that feature.

40.    Furthermore Select Comfort gives visitors to its 2001 website step by step instructions to find their individual Sleep Numbers. The point is clear, Sleep Numbers are crucial important functional features of beds. They are personal to each individual and they dramatically improve one of the most important aspects of your life. Thus, Select Comfort's 2001 website systematically educates consumers that a Sleep Number is a must-have feature.

41.    In 2002, Select Comfort's website homepage had the following display:



**WHAT IS A SLEEP NUMBER?**

A Sleep Number is a setting between zero and 100 that represents the ideal combination of mattress comfort, firmness and support for your body. A Sleep Number can only be found on a Sleep Number Bed by Select Comfort. Best of all, each side of the Sleep Number bed can be quickly and independently adjusted to the precise comfort level each partner prefers.

▸ Learn more or purchase



**HOW CAN I FIND MY SLEEP NUMBER?**

Finding your Sleep Number is fast and fun. Just lie down on a Sleep Number bed and use the hand-held remote to electronically adjust the amount of air, until your body feels perfectly cushioned and supported. When you have found your ideal comfort level, the number shown on the digital display is your Sleep Number.

▸ Find your Sleep Number

**The graphic in the right-hand corner of the image is particularly important as it reinforces the message to consumers that Sleep Number is the name of the product feature in question:**



**The arrow in the above picture literally points to a Sleep Number and identifies it by the words "Sleep Number." The picture illustrates the accompanying text, which says that "the number shown on the digital display is your Sleep Number."**

42.    Select Comfort's website iterations from 2003 – 2008 and beyond, continued to utilize the classic generic formulation "What is a Sleep Number®" along with the opportunity for website visitors to "find your Sleep Number®".

43.    Similarly, Select Comfort's billboards drove home the generic nature of Sleep Number® in billboards placed along freeways in Chicago, Illinois; Atlanta, Georgia; Dallas, Texas, and many other major American cities asked consumers "What's your Sleep Number®", accompanied by pictures of actual Sleep Numbers displayed on the dials of the remote control units for the beds. The phrase "What's your Sleep Number®?" uses the putative mark "Sleep Number®" generically because just like

Select Comfort's print, TV, and website advertising generally it treats "Sleep Number" as a thing – a product feature.

44.    So ubiquitous was Select Comfort's generic usage of Sleep Number® that Select Comfort's patents and its employees business cards reflected this usage. For example, in Select Comfort's patent, Registration Number 6,763,541 ("the 541 patent") for an interactive airbed, Select Comfort again utilized the phrase "Sleep Number®" as a generic name for the key feature of its beds. The patent speaks directly to the marketing of Sleep Number – specifically, to the way Select Comfort presents Sleep Numbers to consumers who visit a Select Comfort Store.

45.    As explained in the brief summary of the invention of the 541 patent, "the present invention pertains generally to an airbed that has integrated audio and/or visual equipment electronically coordinated with the pressure control for the airbed. The audio message may be an informational sales presentation, music, alarm tone, therapeutic sleep aid, or the like."  The brief summary of the invention states that the invention is "optimally suited for a sales environment" and the message played by the speakers explains to potential buyers what they are experiencing while they are lying on the bed in the store. The patent includes a transcript of a sample audio script which, as with Select Comfort's commercials and radio ads, ubiquitously refers to a sleep number as a number. In one portion of the script Select Comfort's patented talking bed states:

> So what exactly is a Sleep Number®? A Sleep Number® is the key to the best night's sleep ever!. It is a number between 0 and 100 that represents the ideal combination of comfort, firmness, and support for your body. To further experience the range of Sleep Numbers®, let's try a softer Sleep Number® of 30.

46.     Similarly, in its patent Registration Number 6,202,239 ("the 239 patent"),

Select Comfort discloses the following preferred embodiment:

> air chamber 65 are operably connect to air pump 66 which is operated by remote control 67. Remote control 67 allows a user to select **a desired Sleep Number®, e.g. any number between 0 and 100, to which air pump 66 responds by increasing or decreasing the air pressure in air blatter 65.**

47.     Select Comfort similarly touted the generic meaning of Sleep Number on its business cards, an example of which is depicted below:



48.     So, too, Select Comfort's employees' e-mail salutation carried this same generic usage:

> Lisa Riedesel
> Vice President  and Associate General Counsel Select Comfort Corporation
> 6105 Trenton Lane North
> Mpls., MN  55442
> T (763) 551-7028
> F (763) 551-6888
> **My Sleep Number is 40. What is your Sleep Number?**

49.     In sum, since the moment Select Comfort first introduced the phrase "sleep number" to the American public, it has employed a sophisticated marketing strategy across communication platforms including print, TV/video, internet, billboards, in-store

advertising, business cards, and radio, all focused on explaining to consumers that a Sleep Number is a product feature of the highest utility and importance. Over and over again Select Comfort has explained to consumers that their sleep number is as personal and useful as their social security number or their phone number. Select Comfort has explained to consumers how Sleep Numbers can be selected, discovered, changed, personalized, and how useful sleep enhancing and indeed life-changing they are. This approach has permeated every facet of Select Comfort's marketing and has put every use of Sleep Number in the service of communicating the central message with notable consistency that; a Sleep Number is a setting – it is a number between 0 and 100 that represents the ideal combination of mattress firmness, comfort, and support for your body; that a Sleep Number is the key to a perfect night's sleep; that up there with your social security number and your phone number is another important number, your Sleep Number; that you can find your Sleep Number and asking consumers what their personal Sleep Number is.

50.    Beginning in or about 2008, Select Comfort, recognizing the trademark mistake it had made, began to change its description of Sleep Number® by inserting, albeit sporadically, the word "setting" after the phrase "Sleep Number." Whereas Select Comfort previously had stated that one's "Sleep Number® is a calculation based on your height," Select Comfort began to tell consumers that their "Sleep Number® *setting* is a calculation your height…"

51.    Select Comfort's attempt to rescue Sleep Number from genericness was too little, too late, as merely accompanying the phrase "Sleep Number®" with the word

"setting" does not alter the genericness to "Sleep Number." Moreover, Select Comfort's

implementation of this change was sporadic and inconsistent, as its print advertisements

and its website continued to abound the generic uses of Sleep Number by itself,

unaccompanied by "setting" or other, similar, such wording. Finally, by the time Select

Comfort started occasionally using "setting" after "Sleep Number®," it had been using

"Sleep Number®" by itself as a generic name for a product feature continuously since its

inception and for many years. These uses were not hidden or accidental. They were

consistent, massive, systematic, prominent and geared toward educating consumers about

*what* sleep numbers are.

52.     Select Comfort's massive generic advertising has succeeded in establishing

in the minds of the public the generic meaning of the phrase "Sleep Number®." There is

extensive evidence of generic use of Sleep Number® by the public. As reflected in

newspaper articles, comic stripes, greeting cards, t-shirts, and in consumer calls directly

with Plaintiff's sales representatives.

53.     Below is a sampling of generic uses of Sleep Number® in the U.S. Press

covering the period from 2001 up to and including 2015:

- "Also, in the showroom with the Dreme-Bilt mattresses, are nationally-known Simmons Beautyrest, Comfortaire (sleep number type bed) , and Sleeptronic Ergomotion adjustable beds are also available." 5/6/15 Roswell Daily Record (Roswell, N.M.).

- "She is a huge fan of the show," said Woods, as Bryant lay on a mattress set up in the middle of the Music City Center convention floor, covered wall to wall in 8,000 square feet of bubble-gum-pink carpet selected specially for the show. A mattress salesman explained what her "sleep number" of "40" said about her sleep issues." 5/4/15 Tennessean (Nashville, Tenn.) A3.

24

- "There's no perfect sleep number that can fit every person, but The National Sleep Foundation's major report— recently published in their own Sleep Health Journal —has revealed an updated list of sleep duration recommendations for all age groups." 2/3/15 Lifehacker (Blog).

- "I have waaaaaaay too many remotes in my life. The TV, the other TV, the Wii, the Xbox... even the bed. My Sleep Number is 35, in case you wanted to know. Just for kicks, I actually counted up all the remotes tucked around the house -- there are eight. Eight. That just seems so excessive." 11/9/14 Ariz. Daily Star E01.

- "Sep 29, 2014 San Gabriel Valley Tribune – You probably know your Social Security number, your driver's license number and perhaps the latest wrinkle in mattress marketing, your sleep number. But do you know your drought number?" 9/28/14 San Bernardino County Sun (Cal.).

- "When you call a Select Comfort store, the energetic voice on the other end quickly identifies themselves and gives you a number. But it's not just any number, it's their personal sleep number -- the number that the company has, through a series of tests, decided will get them a good night's sleep. . . . While it may be common to lay down on a mattress to sample its firmness or softness, Select Comfort stores perform a series of tests to get your "sleep number." This doesn't mean the customer has to buy a specific mattress; it simply means owners know what setting to put their bed on at night." 7/18/13 St. Joseph News-Press (Mo.).

- "Not That the President Looked Tired or Anything: But you couldn't help notice when, an hour into the debate, CNN replaced its "undecided voters" trend line with a graph showing Obama's current Sleep Number." 10/7/12 Seattle Times.

- "The joke goes on for about three minutes. Colbert gets maximum mileage by adding lines like: "There's nothing like counting sheep, then blowing their heads off." "It answers all those questions that keep me up at night ... like why is my box springs not filled with guns?" And, "Thanks to the Bed Bunker, I can now set my sleep number to 357." All of which gives Adrain a chance to smile and say: "It would have cost me about $300,000 to get three minutes of airtime on Colbert's show." 4/17/12 Spokesman-Rev. (Spokane Wash) 1A.

- "So, maybe you just need a better bed? That's what the commercials would have you believe, anyway. Find out your sleep number. Get a mattress on which you can balance a glass of wine while your spouse does cartwheels on the other side of the bed. Custom order your own Tempur-Pedic and you

could be looking at close to $5,000 worth of bedding." 6/19/11 Sun J. (Lewiston, Me.).

- "Everybody has a sleep number. And those who find it sleep a whole lot better than those who don't." 3/3/11 Nashville 17 WZTV-TN (transcript).

- "While the magic sleep number for most of us is six to eight hours, when you're on a diet, a long night's sleep seems to persuade your body to burn fat as its preferred fuel." 12/28/10 Wichita Eagle (Kan.).

- "What is it with women and bed issues? Size, comfort, pillows, mattress pads, comforters, headboards, chenille throws, decorative pillows, sleep numbers—stop, please. Beds are for sleeping, snoring and allowing the GI system to engage in the circle of life. Ever seen a college dorm room for boys? Two couches, a bean bag and a throw-rug can sleep 10 dudes. Life goes on. So does the scratching." 11/20/10 Kan. City Star.

- "I don't know exactly what this will look like, but I imagine Proust sitting down with his producers to hash out the film version of "Remembrance of Things Past." "For a long time I used to go to bed early," he begins. Beautiful. But what kind of mattress? And what's your sleep number?" 2/21/10 Wash. Post (Wash., D.C.)

- "If you've purchased an airbed, you know what your sleep number is. As an investor, do you know what your risk number is? Of the various asset allocation variables, risk profile takes the most time and care in evaluating. It is also one of the most important since it is directly linked to your potential return." 3/13/09 Redding Rec. Searchlight (Cal.) D1.

- "The Sleep Number bed utilizes patented air-chamber technology that allows the mattress to be quickly adjusted for personalized comfort on each side of the bed via a hand-held remote control. A Sleep Number is a number between zero and 100 which represents the ideal combination of mattress comfort, firmness and support for each individual." 3/4/08 AP Alert - Med. 15:26:13.

- "The hotel features select guest rooms equipped with the custom-designed Sleep Number(R) bed which enables guests to achieve a more deep, restorative night's sleep during their next stay. Unlike traditional innerspring mattresses, the firmness of a Sleep Number bed can be adjusted at the touch of a button, allowing individuals to find their individual SLEEP NUMBER(R) – a number between zero and 100 that represents each person's ideal level of mattress comfort, firmness and support." 1/15/07 AP Alert - Bus. 16:07:11.

- "The Sleep Number bed utilizes patented technology that allows the mattress to be quickly adjusted for personalized comfort on each side of the bed via a handheld remote control. A Sleep Number is a number between zero and 100 that represents the ideal combination of mattress comfort, firmness and support for each individual." 1/19/06 Bus. Wire 22:25:00.

- "Dial a number for better sleep at 230 Radisson Hotels and Resorts in the United States, Canada and the Caribbean. The chain will feature 90,000 Sleep Number Beds created by Select Comfort that will allow each side of the bed to be independently adjusted for each person. Guests will be able to choose a Sleep Number between zero and 100 that represents each person s ideal level of mattress comfort, firmness and support. To see how the beds work, go to www.radisson.com/sleepnumber online or visit a Select Comfort store or a Radisson hotel." 6/12/05 Tampa Trib. (Fla.) 1.

- "Inspired by NBA player Kevin Garnett, the Sleep Number Grand King by Select Comfort - at 80 by 98 inches - is 30 percent larger than a traditional king-size mattress and offers expanded dual air-chambers (instead of the traditional inner springs) that adjust on each side of the bed. With a simple touch of a button, a remote control allows you to adjust the firmness and softness of each side of the mattress to your own personal preference. The sleep numbers on the remote control range from zero to 100, with the lower sleep numbers adding softness to the mattress and the higher numbers increasing firmness." 2/21/04 Daily News (Los Angeles, CA) U10.

- "One of the most popular exhibits showcased a better way to snooze. Rosa Estrada invited shoppers to lay down on the Sleep Number Bed - an air chamber mattress that molds to the body - and find their sleep numbers, with zero being the softest setting and 100 being the firmest. Sleep numbers are based on height, weight, body shape and sleep position." 4/3/03 Miami Herald 3E.

- "Sealy is not alone in its high-tech system. Select Comfort, a Minneapolis-based company, makes the Sleep Number Bed. 'Everyone has a sleep number,' said Pete Bils, senior director of training at Select Comfort. 'I sleep at a 20, my wife at 35.' The sleep number goes from zero (softest), to 100 (firmest), representing the combination of mattress comfort, firmness and support for an individual. The bed uses an air chamber instead of metal coils or springs. It is especially popular for partners with different mattress preferences because each side of the bed can be adjusted." 2/23/02 Lexington Herald Leader 6.

- "Select Comfort, the mattress retailer, is now called Sleep Number Store by Select Comfort. Its seven area locations got their new signs earlier this

27

month. The Minneapolis-based company hopes its new name will lure customers into stores to try out mattresses with air chambers, which are supposedly more comfortable than coils. Everyone has a sleep number, the company says, between zero and 100. Shoppers can find out theirs. 'It's a way for us to connect with people out there looking for a better night's sleep,' said Brian Jackson, Atlanta area regional manager. 'There is no wrong or right answer. You can change your sleep number every night." 3/24/01 Atlanta J. - Const. F2.

54.     Similarly, comics, greeting cards, and other images frequently contain

generic of the phrase Sleep Number®. Below is a selection of relevant images, together

with their URLs, all of which utilize Sleep Number® generically:





"That'll be $80 and for an extra $5, I'll tell you your sleep number."





"Ok, if I adjust that sleep number there, buddy?"









my sleep number is estimated
to be 400... the testing equipment
can't measure that high





















55.    Similarly popular t-shirts facetiously claim a person's individual Sleep Number®:

















56.    Plaintiff routinely receive calls from consumers who utilize the phrase "Sleep Number" in a purely generic sense. The following are a few representative examples:

- "It comes with a sleep number; you can change the firmness?"

- "So, now would I automatically, being that my sleep number's like 35, would I automatically hold it and go down to about 40 and then go down slowly, or?"

- "Sure. How do I find out what my number is? My sleep number."

## COUNT I
### (Declaration of Invalidity of Select Comfort's Sleep Number Trademarks)

57.    Plaintiff repeat and reallege each and every allegation contained in Paragraphs 1 through 56 as if fully set forth herein.

58.    An actual case and controversy exists as Select Comfort has brought an action for alleging trademark infringement and dilution of its sleep number registration nos. 2,753,633; 2,618,999; and 2,641,045.

59.    Plaintiff is entitled to a judicial declaration that Select Comfort has no valid or enforceable trademark rights in registration nos. 2,753,633; 2,618,999; and 2,641,045.

## COUNT II
### (Cancellation of Select Comfort's Trademark Registrations Under 15 U.S.C. § 1064)
### (Registration No. 2,753,633)

60.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 59 as if fully set forth herein.

61.    Plaintiff will be damaged by Select Comfort's continued registration of the general phrase "Sleep Number" (Registration No. 2,753,633) on the federal principal register.

62.    Therefore, in accordance with the Lanham Act (15 U.S.C. §§ 1119, 1127 and 1064), Registration No. 2,753,633 should be cancelled.

## COUNT III
**(Cancellation of Select Comfort's Trademark Registrations Under 15 U.S.C. § 1064)**
**(Registration No. 2,618,999)**

63.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 62 as if fully set forth herein.

64.     Plaintiff will be damaged by Select Comfort's continued registration of the general phrase "Sleep Number" (Registration No. 2,618,999) on the federal principal register.

65.     Therefore, in accordance with the Lanham Act (15 U.S.C. §§  1119, 1127 and 1064), Registration No 2,618,999 should be cancelled.

## COUNT IV
**(Cancellation of Select Comfort's Trademark Registrations Under 15 U.S.C. § 1064)**
**(Registration No. 2,641,045)**

66.     Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 65 as if fully set forth herein.

67.     Plaintiff will be damaged by Select Comfort's continued registration of the general phrase "Sleep Number" (Registration No. 2,641,045) on the federal principal register.

68.     Therefore, in accordance with the Lanham Act (15 U.S.C. §§  1119, 1127 and 1064), Registration No. 2,641,045 should be cancelled.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully pray this Court enter judgment for Plaintiff and against Select Comfort as follows:

1.    Declaring that Select Comfort has no valid or enforceable trademark right in its Sleep Number marks under Registration Nos. 2,753,633; 2,618,999; and 2,641,045;

2.    Cancelling Select Comfort's Federal Registration No. 2,753,633;

3.    Cancelling Select Comfort's Federal Registration No. 2,618,999;

4.    Cancelling Select Comfort's Federal Registration No. 2,641,045;

5.    Permanently enjoining Select Comfort from taking any action against Plaintiff that arise out of Plaintiff or its affiliates use of the phrase "Sleep Number;"

6.    Finding this to be an "exceptional case" within the meaning of Section 35 of the Lanham Act (15 U.S.C. § 1117) and awarding Plaintiff its reasonable attorneys' fees and costs; and

7.    Granting Plaintiff such further relief as this Court deems just and equitable.

Dated: October 28, 2016          **MASLON LLP**

By:    *s/ David T. Schultz*
       David T. Schultz (#169730)
       Michael C. McCarthy (#230406)
       Joseph P. Ceronsky (#391059)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:   612-672-8200
Facsimile:   612-672-8397
E-mail:   david.schultz@maslon.com
          mike.mccarthy@maslon.com
          joseph.ceronsky@maslon.com

**ATTORNEYS FOR PLAINTIFF**

4852-7341-3691

40